**FIRST DIVISION**
**PHIPPS, C. J.,**
**ELLINGTON, P. J., AND DILLARD, J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**August 27, 2013**

# In the Court of Appeals of Georgia

A12A0716, A12A0717. HUNTER, MACLEAN, EXLEY & DUNN, P.C. v. ST. SIMONS WATERFRONT, LLC; and vice versa.

DILLARD, Judge.

In *St. Simons Waterfront, LLC v. Hunter, MacLean, Exley & Dunn, P.C.*, __ Ga. __, Slip Op. (Case No. S12G1924; decided July 11, 2013), the Supreme Court of Georgia vacated our previous decision in *Hunter, MacLean, Exley & Dunn, P.C. v. St. Simons Waterfont, LLC*, 317 Ga. App. 1 (730 SE2d 608) (2012), and remanded the case to this Court with direction that we remand to the trial court for further proceedings not inconsistent with the Supreme Court's opinion. Accordingly, we adopt the judgment of the Supreme Court as our own, vacate the trial court's decision, and remand the case for further proceedings consistent with the opinion of the Supreme Court.

*Judgment vacated and case remanded with direction. Phipps, C. J., and Ellington, P. J., concur.*